DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSEPH F. JOHNSON,

Appellant,

v.

HONDA FINANCIAL SERVICES and CHAD CHRONISTER, as sheriff of
Hillsborough County,

Appellee.

No. 2D23-625

_____

January 26, 2024

Appeal from the Circuit Court for Hillsborough County; Caroline Tesche
Arkin, Judge.

Tarya A. Tribble of Tribble Law Center, P.A., Riverview, for Appellant.

Christopher E. Brown, Tampa, for Appellee Chad Chronister, as sheriff of
Hillsborough County.

No appearance for Honda Financial Services.

PER CURIAM.

     Affirmed.

NORTHCUTT, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior publication.